# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141628

J DOUGLAS SPILLANE,
         Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
         Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141628
AGC: 0857/10

On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

s1115